Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

    v.

Lawanda Kay Cooper

Crim. No. 2:04CR20332

On September 10, 2001 the above named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervision. It is accordingly recommended that she be discharged from Supervised Release.

Respectfully submitted,



U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this _____2_____ day of __Sept.__, 20 05.

United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __9-6-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CR-20332 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT